IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ISLAND INTELLECTUAL PROPERTY LLC, a Delaware Limited Liability Company,<br><br>                Plaintiff,<br><br>      v.<br><br>FIRST SOUTHWEST COMPANY, a Delaware Corporation,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: _____<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF
ISLAND INTELLECTUAL PROPERTY LLC PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Island Intellectual Property LLC ("Island IP") states that Island IP is a wholly owned subsidiary of Double Rock Corporation. There are no corporate parents or publicly held corporations owning ten percent (10%) or more of the stock of Double Rock Corporation.

                Respectfully submitted,

                */s/ John W. Shaw*
                _____
                John W. Shaw (No. 3362)
                Pilar G. Kraman (No. 5199)
                YOUNG CONAWAY STARGATT
                  & TAYLOR, LLP
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, Delaware 19899-0391
                (302) 571-6600
                jshaw@ycst.com
                *Attorneys for Plaintiff*
                *Island Intellectual Property LLC*

Of Counsel:
Anthony Lo Cicero
Charles R. Macedo
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, New York 10016
(212) 336-8000

Dated:  April 26, 2011