

# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

**Francis DiGiovanni**
Partner

TEL (302) 888 6316
FAX (302) 658 5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL (302) 658 9141
FAX (302) 658 5614
WEB www.cblh.com

September 21, 2011

**VIA ECF and FACSIMILE (267) 299-7398**

The Honorable Stewart Dalzell
United States District Court
  For the Eastern District of Pennsylvania
10613 United States Courthouse
Independence Mall West
Philadelphia, Pennsylvania 19106

Re:   *Island Intellectual Property LLC v. First Southwest Co.*, Civ. No. 11-371-SD (D. Del.); submission of supplemental authority pursuant to D. Del. LR 7.1.2(b)

Dear Judge Dalzell:

Enclosed please find the recent decision of *Island Intellectual Property LLC v. Clearview Correspondent Services, LLC, et al.*, Civ. No. 11-cv-448 (E.D. Va. Sept. 20, 2011). In that case, which is based on the same essential facts as the instant case before Your Honor, Judge O'Grady granted the defendants' motion to transfer the case to the Southern District of New York. The decision is directly applicable to First Southwest Company's Motion to Transfer (D.I. 21), filed July 29, 2011. As explained in First Southwest's Brief in Support of its Motion to Transfer, the instant case and the *Island v. Clearview Correspondent* case involve the same patents, the same plaintiff, the same essential accused product, and were filed on the same day. (*See* D.I. 22 at p. 4.)

Respectfully submitted,

Francis DiGiovanni, Esq.
Attorney for First Southwest Company

FD/el

Attachment

cc:   Clerk of the Court (via ECF)
      Counsel of Record (via ECF and email)

4481780v1