IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ISLAND INTELLECTUAL PROPERTY LLC, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 11-371-SD |
| FIRST SOUTHWEST COMPANY, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the undersigned counsel hereby notifies the Court that John W. Shaw, Esquire is withdrawing his appearance on behalf of Plaintiff Island Intellectual Property LLC ("Island IP") in this action. Island IP continues to be represented by undersigned counsel, the law firm of Young Conaway Stargatt & Taylor, LLP and *pro hac vice* counsel.

Dated: November 10, 2011

YOUNG CONAWAY STARGATT
 & TAYLOR, LLP

/s/ *Pilar G. Kraman*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
pkraman@ycst.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Pilar G. Kraman, Esquire, hereby certify that on November 10, 2011, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Francis DiGiovanni, Esquire
> Chad S.C. Stover, Esquire
> Connolly Bove Lodge & Hutz LLP
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> *fdigiovanni@cblh.com*
> *cstover@cblh.com*

I further certify that on November 10, 2011, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel of record and on the following:

> Jeffrey A. Finn, Esquire
> Edward G. Poplawski, Esquire
> Aaron Farber, Esquire
> Olivia M. Kim, Esquire
> Sidley Austin LLP
> 555 West Fifth Street
> Suite 4000
> Los Angeles, CA  90013
> *jfinn@sidley.com*
> *epoplawski@sidley.com*
> *afarber@sidley.com*
> *okim@sidley.com*

2

          YOUNG CONAWAY STARGATT
           & TAYLOR, LLP


*/s/ Pilar G. Kraman*
Adam W. Poff (No. 3990)
apoff@ycst.com
Pilar G. Kraman (No. 5199)
pkraman@ycst.com
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19899
(302) 571-6600

2